# United States Court of Appeals for the Federal Circuit

---

April 22, 2013

**ERRATA**

---

Appeal No. 2012-1460

**CBT FLINT PARTNERS, LLC,**
*Plaintiff-Appellant,*

**v.**

**RETURN PATH, INC.,**
*Defendant-Appellee,*

AND

**CISCO IRONPORT SYSTEMS, LLC,**
*Defendants-Appellees.*

Decided: April 11, 2013
Nonprecedential Opinion

---

Please make the following change:

Page 1, delete docket number "2012-1594"